**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| APRIL DRISKILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1791-J |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, appearing pro se, filed a complaint alleging a variety of claims and seeking monetary relief, but did not pay the $405.00 filing fee, seek leave to proceed in forma pauperis, or submit the complaint on the proper form. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Amanda L. Maxfield consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Maxfield ordered Plaintiff to cure the deficiencies on or before August 7, 2026, and instructed Plaintiff that "[f]ailure to comply . . . may result in the dismissal of this action." [Doc. No. 4].

Plaintiff's deadline has passed, and she has not paid the filing fee, moved for leave to proceed in forma pauperis, filed her complaint on the proper form, or otherwise communicated with the Court. Accordingly, Judge Maxfield issued a Report and Recommendation recommending that the Court dismiss this action without prejudice. [Doc. No. 5]. Despite being cautioned that she must file any objection no later than September 2, 2026, Plaintiff did not object and has waived her right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2020).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 5] and DISMISSES this action without prejudice. *See* Fed. R. Civ. P. 41(b); *Olsen v. Mapes*, 333 F.3d

1199, 1204 n.3 (10th Cir. 2003) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.").

A separate judgment will enter.

IT IS SO ORDERED this 4th day of September, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE